### LANCASTER agt. MASON etc.

William Lancaster & Jane his wife one of the daughters of Lionell Wheatley and a Legatee mentioned in his Will plaint. ag^t Arthur

Mason and Thomas Dewer Exec$^{rs}$ of the last Will & Testam$^t$ of s$^d$ Lionell Wheatley late of Boston dece$^d$ or either of them Defend$^{ts}$ in an action of the case for not paying the proportion or Share given to the s$^d$ Jane Lancaster by the Will of s$^d$ Lionell Wheatley being to the Value of One hundred & ten pounds of currant money or thereabouts with all other due damages &c. . . . The Jury. . . found for the Defend$^t$ costs of Court granted ten Shillings and ten pence.